UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                        :
JANE GENTILE,                           :       CIVIL ACTION NO.:
                Plaintiff,              :       3:26-cv-00405-KAD
                                        :
v.                                      :
                                        :
KAISER  FOUNDATION HEALTH PLAN, INC., : JUNE 3, 2026
                Defendant.              :
_____  :

**JOINT MOTION FOR STAY OF PROCEEDINGS**
**UNTIL TEN DAYS AFTER SETTLEMENT CONFERENCE AND FOR**
**COMMENSURATE EXTENSION OF DEADLINES IN SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 6(b),16(b)(3), and Local Rules 7 and 16(h), Plaintiff

Jane Gentile ("Plaintiff") and Defendant Kaiser Foundation Health Plan, Inc. ("Defendant")

hereby jointly and respectfully move to stay proceedings, including all future deadlines

set forth in the Scheduling Order currently in place (No. 17), until after the upcoming

settlement conference, currently scheduled for July 20, 2026, before the Honorable

Robert A. Richardson.  Specifically, the parties request a stay of all proceedings, including

the deadline for initial disclosures, until ten (10) days after the July 20, 2026, settlement

conference, with a commensurate 60-day extension of all future deadlines set forth in the

Scheduling Order.

Wherefore, the parties pray that this motion be granted by the Court.

1

70753012 v1

| | |
|---|---|
| PLAINTIFF, | DEFENDANT, |
| JANE GENTILE | KAISER FOUNDATION HEALTH PLAN, INC. |
| By her attorneys | By its attorneys |

| | |
|---|---|
| __*/s/ Jeffrey J. Mirman*_____ | _*/s/ Daniel B. Klein*_____ |
| Jeffrey J. Mirman (ct05433) | Daniel B. Klein (ct18934) |
| jmirman@hinckleyallen.com | dklein@seyfarth.com |
| HINCKLEY ALLEN & SNYDER LLP | Emily Miller (ct31396) |
| 20 Church Street | emmiller@seyfarth.com |
| Hartford, Connecticut 06103 | SEYFARTH SHAW LLP |
| Telephone: (860) 331-2762 | Two Seaport Lane, Suite 1200 |
| Facsimile: (860) 278-3802 | Boston, Massachusetts 02210 |
| | Telephone: (617) 946-4800 |
| | Facsimile: (617) 946-4801 |

2

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that on this 3rd day of June, 2026 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

<u>      /s/ *Jeffrey J. Mirman*            </u>
Jeffrey J. Mirman

70753012 v1